**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tapatio Kissimmee, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **El Tapatio** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4067329** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**1804 W. Vine Street**
**Kissimmee, FL 34741**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Osceola**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor **Tapatio Kissimmee, Inc.**     Case number *(if known)* _____

Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor  **Tapatio Kissimmee, Inc.**
Name

Case number (*if known*)

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **El Tapatio Orlando, Inc.** | Relationship | **affiliate - filed same day** |
|---|---|---|---|
| District | **Middle District Florida** | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Tapatio Kissimmee, Inc.** _____   Case number (*if known*) _____
         Name

**16.   Estimated liabilities**

☐ $0 - $50,000                 ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐  $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000          ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Tapatio Kissimmee, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 2, 2024**
MM / DD / YYYY

**X** **/s/ Oscar Perez**                              **Oscar Perez**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Lawrence M. Kosto**                          Date   **April 2, 2024**
Signature of attorney for debtor                                MM / DD / YYYY

**Lawrence M. Kosto**
Printed name

**Kosto & Rotella**
Firm name

**1517 E. Robinson Street**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **407-425-3456**      Email address   **lkosto@kostoandrotella.com**

**0765325 FL**
Bar number and State

10:43 AM
02/18/24
Cash Basis

# TAPATIO KISSIMMEE INC
## Profit & Loss
### January through December 2023

| | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Total sales** | |
| Sales Income | 3,403,473.16 |
| **Total Total sales** | 3,403,473.16 |
| **Total Income** | 3,403,473.16 |
| **Cost of Goods Sold** | |
| Food Purchases | 1,147,297.99 |
| Liquor Purchases | 113,818.10 |
| Merchant Account Fees | 9,382.39 |
| Restaurant Supplies | 14,575.64 |
| Subcontractor - Musician | 31,219.86 |
| **Total COGS** | 1,316,293.98 |
| **Gross Profit** | 2,087,179.18 |
| **Expense** | |
| Waster | 1,970.29 |
| Advertising and Promotion | 201.70 |
| Alarm System | 227.91 |
| Automobil | 12,511.08 |
| Bank Service Charges | 136.00 |
| Business Licenses and Permits | 2,708.50 |
| Insurance Expense | 48,718.77 |
| Janitorial Expense | 14,900.00 |
| Office Supplies | 611.21 |
| Payroll | 1,402,851.53 |
| Payroll Fees | 7,575.70 |
| Professional Fees | 70,271.00 |
| Rent Expense | 127,167.67 |
| Repairs and Maintenance | 86,827.09 |
| Software | 2,653.69 |
| Taxes | 107,318.73 |
| Telephone Expense | 5,515.99 |
| Uniforms | 6,807.77 |
| Utilities | 70,339.17 |
| **Total Expense** | 1,969,313.80 |
| **Net Ordinary Income** | 117,865.38 |
| **Other Income/Expense** | |
| **Other Income** | |
| Sales Tax Allowance | 330.00 |
| **Total Other Income** | 330.00 |
| **Net Other Income** | 330.00 |
| **Net Income** | **118,195.38** |

10:46 AM

02/18/24

Cash Basis

# TAPATIO KISSIMMEE INC
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Regions 8509 | 139,066.73 |
| Regions 9084 | 40,988.00 |
| Regions 9157 | 7,659.80 |
| **Total Checking/Savings** | 187,714.53 |
| **Total Current Assets** | 187,714.53 |
| **Fixed Assets** | |
| Furniture and Equipment | 33,575.00 |
| Roof Hurricane | 54,436.00 |
| **Total Fixed Assets** | 88,011.00 |
| **TOTAL ASSETS** | 275,725.53 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Sales Tax | 19,506.31 |
| **Total Other Current Liabilities** | 19,506.31 |
| **Total Current Liabilities** | 19,506.31 |
| **Total Liabilities** | 19,506.31 |
| **Equity** | |
| Retained Earnings | 426,718.83 |
| Shareholder Distributions | -288,694.99 |
| Net Income | 118,195.38 |
| **Total Equity** | 256,219.22 |
| **TOTAL LIABILITIES & EQUITY** | 275,725.53 |

**Fill in this information to identify the case:**

Debtor name  **Tapatio Kissimmee, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 2, 2024**        X **/s/ Oscar Perez**
                                        Signature of individual signing on behalf of debtor

                                        **Oscar Perez**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Tapatio Kissimmee, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ana Lemus 2001 Cascades Blvd. Unit 106 Kissimmee, FL 34741 | | | | | | $9,505.26 |
| Andres Guarchaj Tzep c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $35,949.20 |
| Antonio Ortiz Nunez c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $6,745.66 |
| Brando Unknown c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $12,925.00 |
| Carlos Jose Serrano Maramoro c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $9,912.76 |

Debtor **Tapatio Kissimmee, Inc.**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| George Street Holdings, LLC 550 W. 34th Street Ste. 2800 New York, NY 10001 | | | | | | $10,943.10 |
| Jaime Sotero c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $8,484.66 |
| Javier Mairena c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $15,900.00 |
| Jose Alberto Reyes c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $19,740.00 |
| Jose Ismael Nunez Herrera c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $13,146.66 |
| Jose Ramirez c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $7,226.66 |
| Maria Maldonado Lopez 2201 Avian Loop Kissimmee, FL 34741 | | | | | | $11,748.34 |
| Maynor Mas Tzep c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | $27,021.30 |

| Debtor | **Tapatio Kissimmee, Inc.** | | | Case number *(if known)* | | |
|--------|------------------------------|--|--|--------------------------|--|--|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mitsubishi HC Capital America** 21925 Network Plaza Chicago, IL 60673 | | **2019 Dodge Ram 2500 VIN 3C6TRVDG0KE557936** | | **$18,100.00** | **$0.00** | **$18,100.00** |
| **Noemi Mendoza Hernandez** 2330 Haley Court Kissimmee, FL 34741 | | | | | | **$24,361.60** |
| **Omar Daniel Mairena** c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | **$7,793.34** |
| **Pascual Catinac** 2510 W Catherine Street Kissimmee, FL 34741 | | | | | | **$24,624.46** |
| **Pascual Guachiac** c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | **$6,501.34** |
| **Roberto Tzep** 1826 Muscat Court Kissimmee, FL 34741 | | | | | | **$11,603.34** |
| **Willian Sac** c/o U.S. Dept of Labor 1001 Executive Centert Drive Ste. 103 Orlando, FL 32803 | | | | | | **$9,750.00** |

**Fill in this information to identify the case:**

Debtor name    **Tapatio Kissimmee, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $           **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $     **185,241.30**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $     **185,241.30**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **18,100.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $           **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **371,531.96**

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b                     $     **389,631.96**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Tapatio Kissimmee, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Regions Bank, 2000 N. John Young Parkway, Kissimmee, FL 34741** | **Checking** | **8509** | **$82,744.47** |
| 3.2. | **Regions Bank, 2000 N. John Young Parkway, Kissimmee, FL 34741** | **Savings** | **9089** | **$20,988.00** |
| 3.3. | **Regions Bank, 2000 N. John Young Parkway, Kissimmee, FL 34741** | **Checking** | **9157** | **$31,508.83** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $135,241.30 |
|---|

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor    **Tapatio Kissimmee, Inc.**                                    Case number *(If known)* _____
                 Name

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies Food and beverage inventory** | | $0.00 | | $40,000.00 |

23.    **Total of Part 5.**                                                                          $40,000.00

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Debtor   **Tapatio Kissimmee, Inc.**

_____
Name

Case number *(If known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| Office fixtures | $0.00 | | $10,000.00 |

40.   Office fixtures

41.   Office equipment, including all computer equipment and communication systems equipment and software

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$10,000.00

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. **2019 Dodge Ram 2500** **VIN 3C6TRVDG0KE557936** | $18,100.00 | | $0.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

Debtor   **Tapatio Kissimmee, Inc.**                                    Case number *(If known)* _____
_____
Name

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease Goerge Street Holdings, LLC** | | $0.00 | | $0.00 |
| 55.2. **Lease George Street Holdings, LLC** | | $0.00 | | $0.00 |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Tapatio Kissimmee, Inc.**                                    Case number *(If known)* _____
           Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $135,241.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $40,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $185,241.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $185,241.30 |

**Fill in this information to identify the case:**

Debtor name **Tapatio Kissimmee, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Mitsubishi HC Capital**<br>Creditor's Name<br>**America**<br>**21925 Network Plaza**<br>**Chicago, IL 60673**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2019 Dodge Ram 2500**<br>**VIN 3C6TRVDG0KE557936** | $18,100.00 | $0.00 |

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1945**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$18,100.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Edgard Pantoja**<br>**2161 Velvet Leaf Drive**<br>**Ocoee, FL 34761** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **Tapatio Kissimmee, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Abel Vazquez**<br>**1103 N. Lavor Ave.**<br>**Kissimmee, FL 34741**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $142.81 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Adilene Solis Magana**<br>**2201 Avian Loop**<br>**Kissimmee, FL 34741**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $496.74 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Alexander Hidalgo**<br>**212 Magellan Drive**<br>**Kissimmee, FL 34758**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $61.70 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Amelia Diaz Diaz**<br>**11236 Isle of Waterbridge**<br>**Apt. 201**<br>**Orlando, FL 32837**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $250.00 |

| Debtor | **Tapatio Kissimmee, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$609.68**

**Ana Badillas Leiva**
**2913 Evans Way**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,505.26**

**Ana Lemus**
**2001 Cascades Blvd.**
**Unit 106**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$258.78**

**Ana Mendoza**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$683.90**

**Ana Yuli Cruz Garcia**
**5827 Curry Ford Rd.**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,949.20**

**Andres Guarchaj Tzep**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105.70**

**Angle Perez**
**2511 Anati Drive**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$153.80**

**Antonella Granada**
**1521 Dorado Drive**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tapatio Kissimmee, Inc.**        Case number *(if known)* _____
_____
Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,745.66** |
|---|---|---|---|

**Antonio Ortiz Nunez**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,958.48** |
|---|---|---|---|

**Ashley Reyes**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$364.66** |
|---|---|---|---|

**Barbara Betancourt Ortiz**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,843.00** |
|---|---|---|---|

**Benjamin Catinac**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,925.00** |
|---|---|---|---|

**Brando Unknown**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,912.76** |
|---|---|---|---|

**Carlos Jose Serrano Maramoro**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tapatio Kissimmee, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $301.54 |
|---|---|---|---|

**Cintas**
P.O. Box 630921
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1300**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.64 |
|---|---|---|---|

**Crisel Diaz**
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**David Unknown**
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,497.40 |
|---|---|---|---|

**Deiram Arrieta Medina**
1750 Manarola Street
Kissimmee, FL 34741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.00 |
|---|---|---|---|

**Denisse Martinez Monroy**
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,247.66 |
|---|---|---|---|

**Diana Cedona**
1632 Kendrick Dr.
Kissimmee, FL 34741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.00 |
|---|---|---|---|

**Diego Mendoza**
4736 Walden Cr.
Apt. 124
Orlando, FL 32811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tapatio Kissimmee, Inc.**      Case number (if known) _____
_____
Name

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$769.17** |
|---|---|---|---|

**Ecolab, Inc.**
**P.O. Box 32027**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5452__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$286.66** |
|---|---|---|---|

**Edgar Guachiac**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$302.66** |
|---|---|---|---|

**Edison Alfonso Marin**
**Carranza**
**2201 Avian Loop**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43.10** |
|---|---|---|---|

**Edubina Diaz**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$255.60** |
|---|---|---|---|

**Fish Window Cleaning**
**P.O. Box 423363**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,200.00** |
|---|---|---|---|

**Francisco Juarez**
**95 Las Brisas Way**
**Kissimmee, FL 34743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,943.10** |
|---|---|---|---|

**George Street Holdings, LLC**
**550 W. 34th Street**
**Ste. 2800**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tapatio Kissimmee, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$781.12** |
|---|---|---|---|

**Guillermo Gamboa**
**1935 Shiloh Brook St.**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$947.38** |
|---|---|---|---|

**Gustavo Sanchez Romero**
**550 Academy Drive**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,484.44** |
|---|---|---|---|

**Heidy Alvarez Martinez**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,448.00** |
|---|---|---|---|

**Hilda Mas Cotiy**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87.80** |
|---|---|---|---|

**Isabel Unknown**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,484.66** |
|---|---|---|---|

**Jaime Sotero**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tapatio Kissimmee, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,900.00**

**Javier Mairena**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,428.55**

**Jayshara Scott Galindo**
**1200 Lyndell Drive**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$722.94**

**Jean Perez Bello**
**2636 Sedge Grass Way**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440.46**

**Jessica Quinteros Garcia**
**1904 Mast Ter**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$518.00**

**Jhojan Martinez**
**1110 N. Palm Avenue**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,220.90**

**Jordy Steven Morales**
**332 Drum Court**
**Kissimmee, FL 34759**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,933.34**

**Jorge Vicente Guarchaj Tulul**
**1939 Harbor Bay Court, 1**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Tapatio Kissimmee, Inc.** |
| | Name |

Case number (*if known*) _____

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,740.00** |
|---|---|---|---|

**Jose Alberto Reyes**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,869.34** |
|---|---|---|---|

**Jose Carlos Serrano**
**Matamoros**
**c/o US Dept Labor**
**1003 Executive Ctr Dr., 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,146.66** |
|---|---|---|---|

**Jose Ismael Nunez Herrera**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$541.66** |
|---|---|---|---|

**Jose Nunez Herrera**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,226.66** |
|---|---|---|---|

**Jose Ramirez**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127.66** |
|---|---|---|---|

**Joselin Rojas**
**3083 Heron Lake Drive.**
**Apt. E**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tapatio Kissimmee, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,063.34 |
|---|---|---|---|

**Juan Carrillo**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.64 |
|---|---|---|---|

**Juanie Unknown**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.30 |
|---|---|---|---|

**Juanita Lopez Cortez**
**2349 North Central Avenue**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,596.60 |
|---|---|---|---|

**Katherine Socha**
**1033 Sumner Street**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.42 |
|---|---|---|---|

**Kelvin Gonzalez**
**2460 W. Roble Drive.**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,444.32 |
|---|---|---|---|

**KUA**
**Kissimme Utility Authority**
**Dept. 96**
**P.O. Box 2252**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2870**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.90 |
|---|---|---|---|

**Lisdonay Fuenmayor Ferrer**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tapatio Kissimmee, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,375.00**

**Lorenzo Tzep Carillo**
**c/o U.S. Dept of Labor**
**1001 Executive Center Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117.80**

**Luiz Gomez**
**c/o U.S. Dept of Labor**
**1001 Executive Center Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.95**

**Luz Goitia Chirinos**
**502 Villa Del Sol Circle**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Magdalene Insurance Group**
**dba Atlas Insurance Agency**
**1506 W. Vine Street**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Commercial Auto**
**2022-2023 $3695**
**2023-2024 $3699**
**General Liability**
**2022-2023 $16,427.19**
**2023-2024  $17,178.41**
**Workers Comp**
**2022-2023 $9334**
**2023-2024 $8798**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00**

**Manuel Rojas**
**c/o U.S. Dept of Labor**
**1001 Executive Center Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$293.00**

**Marcos Cotiy**
**1939 Harbor Bay Ct., 1**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tapatio Kissimmee, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,983.34 |
|---|---|---|---|

**Mardoque Unknown**
**c/o U.S. Dept of Labor**
**1001 Executive Center Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.34 |
|---|---|---|---|

**Maria Anariba**
**c/o U.S. Dept of Labor**
**1001 Executive Center Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.49 |
|---|---|---|---|

**Maria Arias Herrera**
**2602 Buena View Road**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,748.34 |
|---|---|---|---|

**Maria Maldonado Lopez**
**2201 Avian Loop**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.94 |
|---|---|---|---|

**Maria Munoz**
**13524 Lake Vining Drive**
**Orlando, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $798.70 |
|---|---|---|---|

**Mariana Rocillo**
**1777 Quail Ridge Loop**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.00 |
|---|---|---|---|

**Marlin Bosto Pinzo**
**3512 Bonaire Blvd.**
**Apt. 2310**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Tapatio Kissimmee, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$516.66** |
|---|---|---|---|

**Max Unknown**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,021.30** |
|---|---|---|---|

**Maynor Mas Tzep**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,164.34** |
|---|---|---|---|

**Miguel Guarchaj Cotly**
**1939 Arbor Bay Blvd.**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$909.82** |
|---|---|---|---|

**Miguel Torres**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,250.00** |
|---|---|---|---|

**Mirian Unknown**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,024.70** |
|---|---|---|---|

**Muriel Alondra Zaledo**
**Mayorga**
**c/o US Dept. of Labor, 1001**
** Executive Ctr. Dr. Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tapatio Kissimmee, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Noemi Mendoza Hernandez**
**2330 Haley Court**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,361.60**

---

**3.78**

**Nonpriority creditor's name and mailing address**
**Norvelis Villamizar**
**1604 Destiny Blvd.**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$704.00**

---

**3.79**

**Nonpriority creditor's name and mailing address**
**NuCO2**
**P.O. Box 417902**
**Boston, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number  **2158**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$217.63**

---

**3.80**

**Nonpriority creditor's name and mailing address**
**Omar Daniel Mairena**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,793.34**

---

**3.81**

**Nonpriority creditor's name and mailing address**
**Ovidio Tulul**
**2551 North Central**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,190.00**

---

**3.82**

**Nonpriority creditor's name and mailing address**
**Pascual Catinac**
**2510 W Catherine Street**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,624.46**

---

**3.83**

**Nonpriority creditor's name and mailing address**
**Pascual Guachiac**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,501.34**

---

| Debtor | **Tapatio Kissimmee, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Pedro E Silva Colmenarez**
**2789 Pleasant Cypress Circle**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$312.57** |
|---|---|---|---|

**ProGuard**
**c/o Ecolab Inc.**
**P.O. Box 32027**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,415.44** |
|---|---|---|---|

**Reina Lemus**
**2001 Cascades Blvd.**
**Unit 106**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,603.34** |
|---|---|---|---|

**Roberto Tzep**
**1826 Muscat Court**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,766.76** |
|---|---|---|---|

**Rufina Ayala**
**1530 Dorado Drive. Apt. A**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$131.44** |
|---|---|---|---|

**Samuel Galviz**
**1934 Harbor Bay Court**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,125.97** |
|---|---|---|---|

**Sandra Montoya**
**4357 Marcos Circle**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tapatio Kissimmee, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.00 |
|---|---|---|---|

**Sebastian Unknown**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.70 |
|---|---|---|---|

**Sofia Gomez**
**3125 Cassia Circle**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.62 |
|---|---|---|---|

**Spectrum**
**c/o Charter Communications**
**P.O. Box 7186**
**Pasadena, CA 91109**

Date(s) debt was incurred _

Last 4 digits of account number  **8941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.24 |
|---|---|---|---|

**Thelma Rodas**
**1654 Destiny Blvd.**
**Unit 307**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.26 |
|---|---|---|---|

**Tiffany Camelo Mora**
**1854 Destiny Blvd.**
**Unit 208**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Titto Alfredo Tulul Chavez**
**2551 North Central**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,229.50 |
|---|---|---|---|

**Toho Water Authority**
**P.O. Box 30527**
**Tampa, FL 33630**

Date(s) debt was incurred _

Last 4 digits of account number  **8870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tapatio Kissimmee, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.66 |
|---|---|---|---|

**Valentina Guitierrez**
**115 Sunwood Court**
**Kissimmee, FL 34743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,666.66 |
|---|---|---|---|

**Victor Unknown**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.96 |
|---|---|---|---|

**Virginia Sanchez**
**3513 St. Kitts Ct.**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,750.00 |
|---|---|---|---|

**Willian Sac**
**c/o U.S. Dept of Labor**
**1001 Executive Centert Drive**
**Ste. 103**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 371,531.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 371,531.96 |

**Fill in this information to identify the case:**

Debtor name __**Tapatio Kissimmee, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest / **Use of real property including use of restaurant equipment** | |
| State the term remaining  **5 years** | **George Street Holdings, LLC** |
| List the contract number of any government contract _____ | **550 W. 34th Street** <br> **Ste. 2800** <br> **New York, NY 10001** |

**Fill in this information to identify the case:**

Debtor name __**Tapatio Kissimmee, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Oscar Perez** | **1604 Columbia Arms Circle Unit 216 Ocoee, FL 34761** | **George Street, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name **Tapatio Kissimmee, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$856,206.17** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,403,473.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,226,154.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Tapatio Kissimmee, Inc. | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Oscar Perez**<br>**1604 Columbia Arms Circle**<br>**Unit 216**<br>**Ocoee, FL 34761** | **Misc.** | **$67,600.00** | **Wages** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **1987052** | **Overtime/Record keeping violation** | **U.S. Department of Labor** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor  **Tapatio Kissimmee, Inc.** _____  Case number *(if known)* _____

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kosto & Rotella, PA**<br>**1517 E. Robinston Street**<br>**Orlando, FL 32801** | | **1/26/2024** | **$17,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Kosto & Rotella, PA**<br>**1517 E. Robinston Street**<br>**Orlando, FL 32801** | | **2/25/2024** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor   **Tapatio Kissimmee, Inc.**                                 Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | Tapatio Kissimmee, Inc. | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Personal Mini Storage 608 West Vine Street Kissimmee, FL 34741** | **Oscar Perez,1604 Columbia Arms Circle, Unit 216, Ocoee, FL 34761** | **Decorations for Christmas, Valentine's Day, Easter, Thanksgiving, etc. and old chairs and tables.** | ☐ No ■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **George Street Holdings, LLC 5330 George Street New Port Richey, FL 34652** | **1804 W. Vine Street Kissimmee, FL 34741** | **Owns the restaurant equipment, tables and chairs** | **$100,000.00** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | Tapatio Kissimmee, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Oscar Perez** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27.  Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Oscar Perez** | **1604 Columbia Arms Circle Unit 216 Ocoee, FL 34761** | **President, CEO and Secretary** | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Tapatio Kissimmee, Inc.**                                                    Case number *(if known)*

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Oscar Perez<br>1604 Columbia Arms Circle<br>Unit 216<br>Ocoee, FL 34761 | $67,600.00 | Misc. | Wages |
| Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 2, 2024**

**/s/ Oscar Perez**                                    **Oscar Perez**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**Middle District of Florida**

In re   **Tapatio Kissimmee, Inc.**  _____   Case No. _____
                                            Debtor(s)                        Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April  2, 2024**  _____        Signature   **/s/ Oscar Perez** _____
                                                                              **Oscar Perez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Tapatio Kissimmee, Inc.** _____   Case No. _____
                                                   Debtor(s)          Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April  2, 2024** _____        **/s/ Oscar Perez** _____
                                            **Oscar Perez/President**
                                            Signer/Title

Tapatio Kissimmee, Inc.
1804 W. Vine Street
Kissimmee, FL 34741

Lawrence M. Kosto
Kosto & Rotella
1517 E. Robinson Street
Orlando, FL 32801

Abel Vazquez
1103 N. Lavor Ave.
Kissimmee, FL 34741

Adilene Solis Magana
2201 Avian Loop
Kissimmee, FL 34741

Alexander Hidalgo
212 Magellan Drive
Kissimmee, FL 34758

Amelia Diaz Diaz
11236 Isle of Waterbridge
Apt. 201
Orlando, FL 32837

Ana Badillas Leiva
2913 Evans Way
Kissimmee, FL 34758

Ana Lemus
2001 Cascades Blvd.
Unit 106
Kissimmee, FL 34741

Ana Mendoza
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Ana Yuli Cruz Garcia
5827 Curry Ford Rd.
Orlando, FL 32822

Andres Guarchaj Tzep
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Angle Perez
2511 Anati Drive
Kissimmee, FL 34741

Antonella Granada
1521 Dorado Drive
Kissimmee, FL 34741

Antonio Ortiz Nunez
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Ashley Reyes
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Barbara Betancourt Ortiz
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Benjamin Catinac
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Brando Unknown
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Carlos Jose Serrano Maramoro
 c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Cintas
P.O. Box 630921
Cincinnati, OH 45263

Crisel Diaz
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

David Unknown
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Deiram Arrieta Medina
1750 Manarola Street
Kissimmee, FL 34741

Denisse Martinez Monroy
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Diana Cedona
1632 Kendrick Dr.
Kissimmee, FL 34741

Diego Mendoza
4736 Walden Cr.
Apt. 124
Orlando, FL 32811

Ecolab, Inc.
P.O. Box 32027
New York, NY 10087

Edgar Guachiac
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Edgard Pantoja
2161 Velvet Leaf Drive
Ocoee, FL 34761

Edison Alfonso Marin
Carranza
2201 Avian Loop
Kissimmee, FL 34741

Edubina Diaz
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Fish Window Cleaning
P.O. Box 423363
Kissimmee, FL 34741

Francisco Juarez
95 Las Brisas Way
Kissimmee, FL 34743

George Street Holdings, LLC
550 W. 34th Street
Ste. 2800
New York, NY 10001

Guillermo Gamboa
1935 Shiloh Brook St.
Kissimmee, FL 34744

Gustavo Sanchez Romero
550 Academy Drive
Kissimmee, FL 34744

Heidy Alvarez Martinez
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Hilda Mas Cotiy
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Isabel Unknown
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Jaime Sotero
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Javier Mairena
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Jayshara Scott Galindo
1200 Lyndell Drive
Kissimmee, FL 34741

Jean Perez Bello
2636 Sedge Grass Way
Kissimmee, FL 34741

Jessica Quinteros Garcia
1904 Mast Ter
Kissimmee, FL 34741

Jhojan Martinez
1110 N. Palm Avenue
Kissimmee, FL 34741

Jordy Steven Morales
332 Drum Court
Kissimmee, FL 34759

Jorge Vicente Guarchaj Tulul
1939 Harbor Bay Court, 1
Kissimmee, FL 34741

Jose Alberto Reyes
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Jose Carlos Serrano
Matamoros
c/o US Dept Labor
1003 Executive Ctr Dr., 103
Orlando, FL 32803

Jose Ismael Nunez Herrera
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Jose Nunez Herrera
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Jose Ramirez
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Joselin Rojas
3083 Heron Lake Drive.
Apt. E
Kissimmee, FL 34741

Juan Carrillo
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Juanie Unknown
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Juanita Lopez Cortez
2349 North Central Avenue
Kissimmee, FL 34741

Katherine Socha
1033 Sumner Street
Kissimmee, FL 34741

Kelvin Gonzalez
2460 W. Roble Drive.
Kissimmee, FL 34746

KUA
Kissimme Utility Authority
Dept. 96
P.O. Box 2252
Birmingham, AL 35246

Lisdonay Fuenmayor Ferrer
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Lorenzo Tzep Carillo
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Luiz Gomez
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Luz Goitia Chirinos
502 Villa Del Sol Circle
Orlando, FL 32824

Magdalene Insurance Group
dba Atlas Insurance Agency
1506 W. Vine Street
Kissimmee, FL 34741

Manuel Rojas
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Marcos Cotiy
1939 Harbor Bay Ct., 1
Kissimmee, FL 34741

Mardoque Unknown
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Maria Anariba
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Maria Arias Herrera
2602 Buena View Road
Kissimmee, FL 34746

Maria Maldonado Lopez
2201 Avian Loop
Kissimmee, FL 34741

Maria Munoz
13524 Lake Vining Drive
Orlando, FL 32821

Mariana Rocillo
1777 Quail Ridge Loop
Kissimmee, FL 34744

Marlin Bosto Pinzo
3512 Bonaire Blvd.
Apt. 2310
Kissimmee, FL 34741

Max Unknown
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Maynor Mas Tzep
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Miguel Guarchaj Cotly
1939 Arbor Bay Blvd.
Kissimmee, FL 34747

Miguel Torres
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Mirian Unknown
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Mitsubishi HC Capital
America
21925 Network Plaza
Chicago, IL 60673

Muriel Alondra Zaledo
Mayorga
c/o US Dept. of Labor, 1001
 Executive Ctr. Dr. Ste. 103
Orlando, FL 32803

Noemi Mendoza Hernandez
2330 Haley Court
Kissimmee, FL 34741

Norvelis Villamizar
1604 Destiny Blvd.
Kissimmee, FL 34741

NuCO2
P.O. Box 417902
Boston, MA 02241

Omar Daniel Mairena
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Oscar Perez
1604 Columbia Arms Circle
Unit 216
Ocoee, FL 34761

Ovidio Tulul
2551 North Central
Kissimmee, FL 34741

Pascual Catinac
2510 W Catherine Street
Kissimmee, FL 34741

Pascual Guachiac
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Pedro E Silva Colmenarez
2789 Pleasant Cypress Circle
Kissimmee, FL 34741

ProGuard
c/o Ecolab Inc.
P.O. Box 32027
New York, NY 10087

Reina Lemus
2001 Cascades Blvd.
Unit 106
Kissimmee, FL 34741

Roberto Tzep
1826 Muscat Court
Kissimmee, FL 34741

Rufina Ayala
1530 Dorado Drive. Apt. A
Kissimmee, FL 34741

Samuel Galviz
1934 Harbor Bay Court
Kissimmee, FL 34741

Sandra Montoya
4357 Marcos Circle
Kissimmee, FL 34758

Sebastian Unknown
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Sofia Gomez
3125 Cassia Circle
Kissimmee, FL 34741

Spectrum
c/o Charter Communications
P.O. Box 7186
Pasadena, CA 91109

Thelma Rodas
1654 Destiny Blvd.
Unit 307
Kissimmee, FL 34741

Tiffany Camelo Mora
1854 Destiny Blvd.
Unit 208
Kissimmee, FL 34741

Titto Alfredo Tulul Chavez
2551 North Central
Kissimmee, FL 34741

Toho Water Authority
P.O. Box 30527
Tampa, FL 33630

Valentina Guitierrez
115 Sunwood Court
Kissimmee, FL 34743

Victor Unknown
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

Virginia Sanchez
3513 St. Kitts Ct.
Kissimmee, FL 34741

Willian Sac
c/o U.S. Dept of Labor
1001 Executive Centert Drive
Ste. 103
Orlando, FL 32803

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Tapatio Kissimmee, Inc.** _____   Case No. _____

Debtor(s)                            Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .SC. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 22,500.00 |
| Prior to the filing of this statement I have received | $ | 22,500.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

☑ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**April  2, 2024** _____       /s/ Lawrence M. Kosto _____
_Date_                                         **Lawrence M. Kosto**
                                               _Signature of Attorney_
                                               **Kosto & Rotella**
                                               **1517 E. Robinson Street**
                                               **Orlando, FL 32801**
                                               **407-425-3456  Fax: 407-423-9002**
                                               **lkosto@kostoandrotella.com**
                                               _Name of law firm_